[No. 45717-9-I.   Division One.   April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES BOBO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03724-1, William L. Downing, J., entered November 12, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45743-8-I.   Division One.   April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RALPH D. DUNUAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00406-6, Terence Lukens, J., entered December 13, 1999. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 45802-7-I.   Division One.   April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD E. EMERY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01778-6, David F. Hulbert, J., entered December 16, 1999. *Reversed* by unpublished per curiam opinion.

[No. 45903-1-I.   Division One.   April 2, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD SCOTT BONE, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 99-1-00179-7, Vickie I. Churchill, J., entered January 7, 2000. *Affirmed* by unpublished per curiam opinion.